# Third District Court of Appeal
## State of Florida

Opinion filed November 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1044
Lower Tribunal No. 22-116-M
_____

**James Viegas,**
Appellant,

vs.

**First Horizon Bank,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

James Viegas, in proper person.

Kass Shuler, P. A., and Richard S. McIver (Tampa), for appellee.

Before LOGUE, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

The judgment being appealed is affirmed. The petition for writ of mandamus filed in the course of this appeal is dismissed.

Affirmed.